Alois Knapp, Respondent, v. William M. Barrett, as President of Adams Express Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Scott and Dowling, JJ., dissented.

Thomas Noone, as Administrator, etc., Appellant, v. Hedden Construction Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Perkins-Goodwin Company, Respondent, v. Carroll J. Post, Jr., Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George Mitchell, Appellant, v. Central Mines Development Company, Limited, a Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Walter F. Kline, Respondent, v. New Jersey and New York Railroad Company, Appellant.— Judgment and order reversed and a new trial ordered, with costs to appellant to abide event, upon the ground that there is no evidence to sustain a finding of the defendant's negligence or of the plaintiff's freedom from contributory negligence. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John J. Hopper, Appellant, v. Gustav F. Boehme, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Emma F. Harper, Appellant, v. Hermann Cohen, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Martin Blumenfeld and Others, Appellants, v. Federal Insurance Company, Respondent.—Judgment affirmed, with costs, with leave to plaintiffs to serve amended complaint on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Philip Klang, Respondent, v. Isaac Presser, Impleaded with Meyer Beitler, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer upon payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Anthony Ventimiglia, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ellis P. Earle, Respondent, v. Leo Kohn, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Patrick Griffin, Respondent, v. Cunard Steamship Company, Limited, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.